# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0997. VALERIE MOZELL ARROYO v. THE STATE.

In May 2022, a jury found Valerie Mozell Arroyo guilty of possession of marijuana-less than an ounce. Arroyo filed a motion for a new trial, which the trial court denied. Arroyo informed her appellate counsel not to file an appeal. In September 2025, Arroyo filed a pro se motion to set aside her conviction and sentence pursuant to OCGA § 9-11-60 due to lack of personal jurisdiction. The trial court denied the motion, and Arroyo filed this direct appeal. We lack jurisdiction.

A post-conviction motion challenging the validity of a conviction and seeking to set aside or vacate the same is not a valid procedure in a criminal case. See *Williams v. State*, 283 Ga. 94, 94-95 (656 SE2d 144) (2008); see also *Lynch v. State*, ___ Ga. App. ___ (Case No. A25A1625, Oct. 30, 2025) (a criminal defendant may not seek to set aside a criminal conviction under OCGA § 9-11-60(d)). Thus, any effort to appeal from the denial of such a motion must be dismissed. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218(2) (686 SE2d 786) (2009). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/30/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*